# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2020

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA,

*Plaintiff*

v.

MOHAMMED ALI REZAEE BAROON,

*Defendant*

Civil Action No. 4:18-CV-05191-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Default Judgment,(ECF No. 10) is GRANTED.
Judgment entered in Plaintiff's favor and against Defendant in the total amount of $84,611.14 as follows: a. $82,564 in principal; b. $1,126.49 in late-payment penalties; c. $920.65 in interest; and statutory accruals from January 31 31 U.S.C. §§ 3717(a)(1) and (e)(2), and costs related to processing the debt, pursuant to 31 U.S.C. §§ 3717(e)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN.

Date: 02/27/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates